# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DARREN EUGENE HENDERSON**                                       **PETITIONER**
Reg. #07143-198

**VS.**            **CASE NO. 2:10CV00088 JLH/BD**

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                        **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Darren Eugene Henderson's petition for writ of habeas corpus (docket entry #1) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 13th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE