**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**DARREN EUGENE HENDERSON**                                                              **PETITIONER**
**Reg. #07143-198**

**VS.**                  **CASE NO. 2:10CV00088 JLH/BD**

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                                              **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus with prejudice.

IT IS SO ORDERED this 13th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE